**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

(X ) Video Detention Hearing

MAGISTRATE JUDGE: Debora K. Grasham DATE: 11/10/2026
DEPUTY CLERK/ESR: Amy Tate TIME: 1:35-2:32 PM

UNITED STATES OF AMERICA vs. Aaron Juarez-Montalvo
Case No. 4:26-cr-00294-BLW-1
Counsel for: United States (AUSA): Cameron McAlister
Defendant: Rilie Fry, FD (previously appointed)
Interpreter: Susan Evans
Probation: Collin Graf

(X ) Defendant consented to proceed via video.

(X ) VIDEO DETENTION HEARING

EXHIBIT
(X ) Defendant
1. Pretrial Services Memorandum – dated 11/3/2026 – marked and admitted

Proffer by Government. Motion for Detention filed at Dkt. 5. Memorandum in Support of Detention also filed at Dkt. 6.
Proffer by Defendant.

(X ) Order: Following oral argument by both parties, the Court ordered the Defendant released. Government's Motion for Detention, Dkt. 5, is hereby DENIED. Order Setting Conditions of Release entered.